| Attorney or Party Name, Address, Telephone and Fax Number and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| HAMID R. RAFATJOO 181564)) <br> JEFFREY P. NOLAN (CA Bar No. 158923) <br> JASON S. POMERANTZ (CA Bar No. 157216) <br> PACHULSKI STANG ZIEHL &, JONES LLP. <br> 10100 Santa Monica Blvd., Suite 1100 <br> Los Angeles, CA 90067 <br> Telephone: (310) 277-6910 <br> Facsimile: (310) 201-0760 <br> *Attorney for* KDW Restructuring & Liquidation Services LLC, not individually but solely as Liquidating Trustee of the NRV Liquidating Trust | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| In re: NATIONAL R.V. HOLDINGS, INC., a Delaware corporation; NATIONAL R.V., INC., a California corporation, <br><br> Debtors. | |
|---|---|
| PETER KRAVITZ, AS THE DULY APPOINTED INTERIM LIQUIDATING TRUSTEE OF THE NRV LIQUIDATING TRUST, <br><br> Plaintiff(s). <br><br> vs. <br> WORKHORSE CUSTOM CHASSIS, LLC, <br><br> Defendant(s). | CHAPTER 11 <br><br> CASE NUMBER LA 07-17941-PC |
| | ADVERSARY NUMBER 09-01693-PC |
| | DATE: March 30, 2010 <br> TIME: 09:30 a.m.. <br> PLACE: Courtroom 304 <br> 3420 Twelfth Street <br> Riverside, CA |

# JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE HON. PETER H. CARROLL, UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

A.  **PLEADINGS/SERVICE:**

| | | |
|---|---|---|
| 1. | Have all parties been served? | YES |
| 2. | Have all parties filed and served answers to the complaint/ counter-complaints/etc.? | YES |
| 3. | Have all motions addressed to the pleadings been resolved? | YES |
| | Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? | YES |
| 5. | If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified YES, then please explain below. | |

59911-004\DOCS_LA:215892.1

**F 7016-1.1**

| In re:<br>NATIONAL R.V. HOLDINGS, INC.                    Debtor. | CHAPTER 11<br>CASE NUMBER 07-17941-PC |
|---|---|

**B.    READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   *Plaintiff*:
   120 days

   *Defendant*:
   180 days

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   *Plaintiff*:
   To have sufficient time to complete discovery

   *Defendant*:
   same

3. When do you expect to complete your discovery efforts?

   *Plaintiff*:
   90 days

   *Defendant*:
   120 days

4. What additional discovery do you require to prepare for trial?

   *Plaintiff*:
   Requests for Production, Interrogatories, Requests for Admissions and Depositions

   *Defendant*:
   Requests for Production, Interrogatories, Requests for Admissions and Depositions

**C.    TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   *Plaintiff*:
   Two days

   *Defendant*:
   Same

2. How many witnesses do you intend to call at trial (including opposing parties)?

   *Plaintiff*:
   Unknown until discovery is completed However, estimated not to exceed three.

   *Defendant*:
   Unknown

3. How many exhibits do you anticipate using at trial?

   *Plaintiff*:
   To be determined depending on the number of parties and facts obtained through discovery

   *Defendant*:
   Unknown

F 7016-1.1

| In re:<br>NATIONAL R.V. HOLDINGS, INC.  Debtor. | CHAPTER 11<br>CASE NUMBER 07-17941-PC |
|---|---|

### D. PRE-TRIAL CONFERENCE:

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| *Plaintiff* | *Defendant* |
|---|---|
| Pre-trial conference is requested. | Pre-trial conference is requested |

### E. SETTLEMENT:

1. What is the status of settlement efforts?     Informal discussions-

2. Has this dispute been formally mediated?     No
   If so, when?

3. Do you want this matter sent to mediation    Plaintiff         Defendant
   at this time?                                 Not at this      Not at this time
                                                 time

**F 7016-1.1**

| In re:<br>NATIONAL R.V. HOLDINGS, INC.<br>Debtor. | CHAPTER 11<br>CASE NUMBER 07-17941-PC |
|---|---|

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

*Plaintiff:*

*Defendant:*

Respectfully submitted,

Dated: February 18, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Name: Jason S. Pomerantz
Attorney for: KDW Restructuring & Liquidation Services LLC as Liquidating Trustee of the NRV Liquidating Trust

Dated: February 18, 2010

CLARKSON, GORE & MARSELLA APLC

By: _____
Name: Scott C. Clarkson

Attorney for: Workhorse Custom Chassis, LLC

| In re:<br>NATIONAL R.V. HOLDINGS, INC., a Delaware corporation; NATIONAL R.V., INC., a California corporation<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 6:07-17941-PC<br>(Joint Administered)<br>ADVERSARY NO: 6:09-ap-01693 PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **JOINT STATUS REPORT LOCAL BANKRUPTCY RULE 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 22, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On February 22, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Hon. Peter H. Carroll
United States Bankruptcy Court
3420 Twelfth Street, Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2010 | Patricia Caprilli | /s/ Patricia Caprilli |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

LA:216021.1

| In re:<br>NATIONAL R.V. HOLDINGS, INC., a Delaware corporation; NATIONAL R.V., INC., a California corporation<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 6:07-17941-PC<br>(Joint Administered)<br>ADVERSARY NO: 6:09-ap-01693 PC |
|---|---|

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Scott C Clarkson on behalf of Defendant Workhorse Custom Chassis, LLC
sclarkson@lawcgm.com

Jeffrey P Nolan on behalf of Plaintiff Peter Kravitz, as the Duly Appointed Liquidating Trustee of the NRV Liquidating Trust
jnolan@pszjlaw.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

### II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

Workhorse Custom Chassis, LLC
Attn: Officer/Director
4201 Winfield Road
Warrenville, Illinois 60555

C T Corporation System, Registered agent for Workhorse Custom Chassis, LLC
251 E. Ohio St, Ste. 1100
Indianapolis, IN 46204

United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

LA:216021.1